UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:13-cv-01467-DML-TWP |
| | ) | |
| LOYDA CARRANZA and, | ) | |
| CARRANZA INC., | ) | |
| | ) | |
| Defendants. | ) | |

## Judgment

By separate entry, the court granted the plaintiff J & J Sports Productions, Inc.'s motion for summary judgment and denied the defendants Loyda Carranza's and Carranza Inc.'s motion for summary judgment. Judgment is hereby entered in favor of J & J Sports Productions, Inc. and against Loyda Carranza and Carranza Inc. in the amount of $4400.00.

So ORDERED.

Date: March 27, 2015

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system